DENNIS S. WAKS, Bar #142581
Acting Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PATRICIA ROCHA-LUJAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:05-cr-00430 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER |
| v. ) | |
| PATRICIA ROCHA-LUJAN, ) | Date:  April 3, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing set for January 13, 2006, may be continued to April 3, 2006, at 9:00 A.M.**

This continuance is sought at the request of counsel for defendant to allow her additional time to conduct and complete investigation in this matter relative to defendant's claim of derivative citizenship.

///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: January 5, 2006                      By:  /s/ Marianne Pansa
                                               MARIANNE PANSA
                                               Assistant United States Attorney
                                               Counsel for Plaintiff

                                               DENNIS S. WAKS
                                               Acting Federal Defender

DATED: January 5, 2006                      By:  /s/ Ann H/ Voris
                                               ANN H. VORIS
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             PATRICIA ROCHA-LUJAN

### PROPOSED ORDER

**IT IS SO ORDERED.** Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

DATED: January   9  , 2006

                                               /s/ OLIVER W. WANGER

                                             OLIVER W. WANGER, Judge
                                             United States District Court
                                             Eastern District of California