1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  PATRICIA ROCHA-LUJAN

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNIFIED STATES OF AMERICA,        ) Case No. 1:05-cr-00430 OWW
                                     )
12           Plaintiff,               ) STIPULATION TO CONTINUE STATUS
                                     ) CONFERENCE HEARING;  ORDER
13       v.                           )
                                     ) Date:  June 12, 2006
14 PATRICIA ROCHA-LUJAN,             ) Time:  9:00 A.M.
                                     ) Judge: Hon. Oliver W. Wanger
15           Defendant.               )
   _____  )
16

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel that the **status conference hearing set for April 3, 2006, may be continued to June 12, 2006,**

20 **at 9:00 A.M.**

21       This continuance is sought at the request of counsel for defendant to allow her additional time to

22 conduct and complete investigation in this matter relative to defendant's claim of derivative citizenship.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1  The parties also agree that any delay resulting from this continuance shall be excluded in the
2  interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: March 30, 2006          By:  /s/ Marianne Pansa
                                    MARIANNE PANSA
                                    Assistant United States Attorney
                                    Counsel for Plaintiff


                                    DANIEL J. BRODERICK
                                    Acting Federal Defender

DATED: March 30, 2006          By:  /s/ Ann H/ Voris
                                    ANN H. VORIS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    PATRICIA ROCHA-LUJAN


**PROPOSED ORDER**

**IT IS SO ORDERED.**  Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   March 30, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE