DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PATRICIA ROCHA-LUJAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:05-cr-00430 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER |
| v. ) | |
| PATRICIA ROCHA-LUJAN, ) | Date:  July 18, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing set for June 12, 2006, may be continued to July 18, 2006, at 9:00 A.M.**

This continuance is sought at the request of counsel for defendant to allow additional time for review of defendant's pending N-600 Citizenship Application by I.C.E.

///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: June 1, 2006        By:  /s/ Marianne Pansa
MARIANNE PANSA
Assistant United States Attorney
Counsel for Plaintiff


DANIEL J. BRODERICK
Acting Federal Defender

DATED: June 1, 2006        By:  /s/ Ann H/ Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
PATRICIA ROCHA-LUJAN

**PROPOSED ORDER**

**IT IS SO ORDERED.**  Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 8, 2006**          /s/ Oliver W. Wanger
emm0d6                           UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing
and [Proposed] Order Thereon                    2