1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  PATRICIA ROCHA-LUJAN

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No. 1:05-cr-00430 OWW
                                       )
12              Plaintiff,             )  STIPULATION TO CONTINUE STATUS
                                       )  CONFERENCE HEARING;  ORDER
13       v.                            )
                                       )  Date:  August 1, 2006
14  PATRICIA ROCHA-LUJAN,              )  Time:  9:00 A.M.
                                       )  Judge: Hon. Oliver W. Wanger
15              Defendant.             )
    _____)
16

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the **status conference hearing set for July 18, 2006, may be continued to August 1, 2006,**

20  **at 9:00 A.M.**

21       This continuance is sought at the request of counsel for defendant to allow additional time for

22  review of defendant's pending N-600 Citizenship Application by I.C.E.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    The parties also agree that any delay resulting from this continuance shall be excluded in the

2    interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

3                                                                    McGREGOR W. SCOTT
                                                                     United States Attorney
4

5    DATED: July 6, 2006                        By:   /s/ Marianne Pansa
                                                       MARIANNE PANSA
6                                                      Assistant United States Attorney
                                                       Counsel for Plaintiff
7

8                                                      DANIEL J. BRODERICK
                                                       Federal Defender
9

10   DATED: July 6, 2006                        By:   /s/ Ann H/ Voris
                                                       ANN H. VORIS
11                                                     Assistant Federal Defender
                                                       Attorney for Defendant
12                                                     PATRICIA ROCHA-LUJAN

13

14

15                                          **ORDER**

16        **IT IS SO ORDERED.**  Time is excluded in the interest of justice pursuant to 18 U.S.C. §§

17   3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).
     IT IS SO ORDERED.
18
     **Dated:    July 8, 2006**                           /s/ Oliver W. Wanger
19   emm0d6                                       UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28